IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: COMMONWEALTH'S MOTION TO APPOINT NEW COUNSEL AGAINST OR DIRECTED TO DEFENDER ASSOCIATION OF PHILADELPHIA | : : : : : | No. 13-62<br><br>Miscellaneous Action<br><br>(Judge Rufe) |

FILED
JUN -7 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

IT IS HEREBY ORDERED THAT:

1) The Commonwealth's Unopposed Motion to Supplement Post-Argument Submission is hereby GRANTED;

2) The Commonwealth's supplement to its post-argument submission is due on or before June 21, 2013.

3) The Commonwealth's supplement to its post-argument submission will be no longer than 15 pages of text;

4) A response by the Defender Association of Philadelphia (FCDO) to the Commonwealth's post-argument submission is due 14 days after the Commonwealth files its supplement to its post-argument submission.

JUDGE CYNTHIA M. RUFE,
UNITED STATES DISTRICT COURT