IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMMONWEALTH'S MOTION : <br> TO APPOINT NEW COUNSEL : <br> AGAINST OR DIRECTED TO DEFENDER : <br> ASSOCIATION OF PHILADELPHIA : <br> COMMONWEALTH OF PENNSYLVANIA, : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> FRANCIS BAUER HARRIS, : <br>     Defendant. : <br> : | MISCELLANEOUS ACTION <br> NO. 13-62-CMR |

**RESPONDENT DEFENDER ASSOCIATION OF PHILADELPHIA'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

Respondent Defender Association of Philadelphia respectfully requests that the Court take notice of a recent opinion by Judge McLaughlin in the analogous case challenging the FCDO's representation of Isaac Mitchell. *See In Re Proceeding In Which The Commonwealth of Pennsylvania Seeks to Compel the Defender Association of Philadelphia to Produce Testimony and Documents and to Bar It from Continuing To Represent Defendant Mitchell In State Court*, No. 13-cv-1871 (E.D. Pa. Aug. 15, 2013) (Exhibit A). The opinion concludes that the FCDO was entitled to remove a disqualification proceeding to federal court pursuant to 28 U.S.C. §§ 1442 and 1446(g), and that the proceeding was subject to dismissal due to the Commonwealth's lack of a right of action and preemption. These holdings bear directly on the questions raised by the Motion to Dismiss (Dkt. 5) and Motion to Remand (Dkt. 6) pending before this Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 16, 2013 | /s/ David Richman<br>David Richman (PA 04179)<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>215.981.4000<br>richmand@pepperlaw.com<br><br>Patrick J. Carome (pro hac vice)<br>Paul R.Q. Wolfson (pro hac vice)<br>Joshua M. Salzman (pro hac vice)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>202.663.6000<br>Patrick.Carome@wilmerhale.com<br><br>*Attorneys for Respondent Defender*<br>*Association of Philadelphia* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2013, a true and correct copy of the foregoing Notice of Supplemental Authority will be served via CM/ECF Notification upon the following:

Christopher J. Schmidt
Pennsylvania Office of the Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

/s/ David Richman
David Richman