IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMMONWEALTH'S MOTION : <br> TO APPOINT NEW COUNSEL : <br> AGAINST OR DIRECTED TO DEFENDER : <br> ASSOCIATION OF PHILADELPHIA : <br> COMMONWEALTH OF PENNSYLVANIA, : <br>   : <br>   v. : <br>   : <br> <u>FRANCIS BAUER HARRIS.</u>   : | MISCELLANEOUS ACTION <br><br> NO. 13-62 |

## ORDER

**AND NOW**, this 22nd day of August 2013, upon consideration of the Commonwealth of Pennsylvania's Motion to Remand (Doc. No. 6), and the Federal Community Defender Organization's Motion to Dismiss (Doc. No. 5), and the responses and replies in support of and in opposition thereto, after oral argument on the Motions, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** as follows:

1. The Motion to Remand is **DENIED**.

2. The Motion to Dismiss is **GRANTED** and this matter is **DISMISSED with prejudice**.

The Clerk of Court shall **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**