IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMMONWEALTH'S MOTION TO APPOINT NEW COUNSEL AGAINST OR DIRECTED TO DEFENDER ASSOCIATION OF PHILADELPHIA : <br> COMMONWEALTH OF PENNSYLVANIA : <br> v. : <br> FRANCIS BAUER HARRIS : | MISCELLANEOUS ACTION <br><br> NO. 13-62 |

## ORDER

AND NOW, this 2nd day of October 2013, upon consideration of the Commonwealth's Motion for Reconsideration (Doc. No. 44) and the response thereto (Doc. No. 46), it is hereby **ORDERED** that for the reasons stated in the accompanying Memorandum Opinion the Motion is **DENIED**.

IT IS SO ORDERED

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.